IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER A GREENLEE,

    Plaintiff,

v.                                              CASE NO. 5:12-cv-372-RS-GRJ

HOLMES COUNTY JAIL, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On September 16, 2013, the Court ordered Plaintiff to show cause on or before October 6, 2013, as to why this case should not be dismissed for failure to prosecute because Plaintiff failed to file an amended complaint and motion for leave to proceed as a pauper as ordered. Docs. 10, 11. As of this date, Plaintiff has failed to comply.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and failure to prosecute.

**IN CHAMBERS** this 10th day of October 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.