IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER A GREENLEE,

    **Plaintiff,**

v.                                        CASE NO. 5:12-cv-372-RS-GRJ

HOLMES COUNTY JAIL, et al.,

    **Defendants.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 12). I have reviewed the Report and Recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED** for failure to comply with an order of the Court and failure to prosecute.

3. The clerk is directed to close the file.

**ORDERED** on November 8, 2013.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**